# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY**
CHIEF U.S. PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 229
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

October 13, 2021

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

**RE:** Joseph Reid
**DKT NO:** 2:09CR00517 & 2:20CR00663

**REQUEST TO REMOVE A SPECIAL CONDITION OF SUPERVISED RELEASE**

Dear Judge Cecchi:

The above referenced individual was sentenced on January 22, 2010 by The Honorable Joseph A. Greenaway, United States District Judge, as a result of his conviction for Possession with Intent to Distribute Cocaine Base. The individual under supervision (IUS) was sentenced to 151 months imprisonment followed by 36 months supervised release with special conditions of Substance Abuse Testing/Treatment, Mental Health Treatment, Prohibition on Gang/Criminal Associations and Domestic Violence.

Prior to his release from the Bureau of Prisons, the IUS, while a resident of the residential reentry center, did not return from a pass and was charged with Escape.

On December 15, 2020, the IUS was sentenced by The Honorable Claire C. Cecchi, United States District Judge, following his Prisoner Escaped from a Federal Facility charge. The IUS was sentenced to 15 months imprisonment followed by 36 months supervised release with special conditions of Substance Abuse Testing/Treatment, Consent to Search, Prohibition on Gang/Criminal Association, Life Skills/Education, and Mental Health Treatment.

On August 27, 2021, in anticipation of the IUS being released with no residential plan, his conditions of supervised release were amended to include placement in a residential reentry center for 4 months. The IUS concurred with the modification. The condition was added to provide the IUS with a residence upon release from prison and to offer him additional support in the community.

On September 3, 2021, the IUS was released from the Bureau of Prisons and he took residence at the local residential reentry center.

*Joseph Reid   page 2*

Since his arrival at the reentry center, the IUS has been compliant with the conditions of supervised release and has benefitted from the reentry services he has received. The IUS has attended and completed the New Jersey Reentry Corporation orientation program. He has obtained his birth certificate and has applied for his social security card. In addition, the IUS has secured employment at Atalanta, a food importer based in Elizabeth, New Jersey. Recently, the IUS uncle, Mike Chambers, offered an apartment to the IUS. The residence is located at 476 East 18th Street, 2nd floor, Paterson, New Jersey. Mr. Chambers owns the three-family residence and lives at this location, along with other family members. The undersigned officer met with Mr. Chambers at the residence. The residence is a suitable release address for the IUS. Mr. Chambers is employed by the Paterson Department of Public Works (DPW) and will also be seeking to assist the IUS with securing employment with the DPW if he is released to Paterson, New Jersey.

Considering the IUS has made a positive adjustment to supervised release and has secured a stable residence in the community, it is respectfully recommended the special condition requiring the IUS to reside in a residential reentry center for 4 months be removed.

*Joseph Reid   page 3*

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (973) 445-8515.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

LUIS R. GONZALEZ    Date 10/13/21
Supervising U.S. Probation Officer

---

- [X] The special condition requiring residential re-entry center placement for 4 months is removed. (as recommended by the probation office)
- [ ] The special condition requiring residential re-entry center placement for 4 months is suspended.
- [ ] No changes to the special conditions of supervised release.

Signature of Judicial Officer

10/18/2021
Date